IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

IN RE:                              )    NO. 18-11739
ROBERT MOYLAN                       )
                                    )    HON. JANET S. BAER
                                    )    BANKRUPTCY JUDGE


**NOTICE OF MOTION**

TO:  Parties listed on the attached Service List

   PLEASE TAKE NOTICE that on September 20, 2019, at 11:00 a.m. the undersigned will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge, or any other judge sitting in her place and stead, at Kane County Courthouse, Room 240, 100 S. Third Street, Geneva Illinois and then and there present the attached Motion, a copy of which is attached hereto and hereby served upon you.



_/s/ Brenda Porter Helms

**CERTIFICATE OF SERVICE**

   The undersigned certifies that pursuant to Section H, B, 4 of the Administrative Procedures for the Case Management/Electronic Case filing System, service of the above-mentioned Motion on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the attached Service List, he/she was served a copy as set forth therein, this 3rd day of September, 2019, at 3400 W. Lawrence Avenue, Chicago Illinois.



__/s/ Brenda Porter Helms ____

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

## SERVICE LIST

Service via Court's electronic notification system

Office of U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

David Siegel

To all parties entitled to notice on the Court's ECF filing service

Service via first class mail, postage prepaid

Robert Moylan
1042 N. Main St
Naperville IL 60563

Gregory Kulis
30 N. LaSalle St.  #2140
Chicago IL 60602

Discover Bank
Discover Products Inc. P.O. Box 3025
New Albany OH 43054

Capital One Bank
P.O. Box 71083
Charlotte NC 28272

Synchrony Bank
c/o PRA Receivables Management
P.O. Box 41021
Norfolk VA 23541

PYOD its successors and assigns
Of Synchrony Bank
Resurgent Capital Services
P.O. Box 19008
Greenville SC 29602

Citibank
701 E. 60th Street North
Sioux Falls SD 57117

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:          )  CASE NO.  18-11739
ROBERT MOYLAN      )  HON. JANET S. BAER
             )  BANKRUPTCY JUDGE

## <u>MOTION FOR AUTHORITY TO ABANDON CAUSE OF ACTION</u>

NOW COMES the Trustee herein, Brenda Porter Helms, pursuant to 11 U.S.C. section 554 and requests that this Court enter an order authorizing the abandonment of certain causes of action against Robert Berlin and Cheryl York, employees of DuPage County, and, in support thereof, states the following grounds:

1.   Applicant is the appointed and serving Chapter 7 Trustee for the estate of the debtor, Robert Moylan ("Debtor") and brings this matter to the court in her capacity as trustee and not individually.

2.   Prior to the filing of the chapter 7 bankruptcy, the Debtor had filed a Complaint against Robert Berlin, DuPage County State's Attorney and Cheryl York, an investigator employed by the State's Attorney's office.

3.   The Complaint seeks a determination that the actions of Cheryl York in going into the Debtor's office and seizing a patient file were wrongful and in violation of the Debtor's Fourth Amendment rights and HIPPA (Health Insurance Portability and Accountability Act).

4.   However, the Debtor's civil case has been put on hold while a criminal case against the Debtor goes to trial, which means undetermined delay and uncertainty in the civil case.

5. The Trustee proposes to abandon the civil Complaint and file a Report of No

Distribution because a trial in the near future is unlikely and the Trustee is

unable to determine if any recovery would have significant value to the estate.


WHEREFORE, for the reasons set forth above, the Trustee respectfully

requests that this Court enter an order authorizing the Trustee to abandon all her right,

title and interest in the Complaint filed by the Debtor against Robert Berlin and Cheryl

York and for such further relief as this Court deems appropriate.


/s/ Brenda Porter Helms
Trustee


Brenda Porter Helms
3400 W. Lawrence Ave.
Chicago IL 60625
(773) 463-6427